Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
IN RE: :
Fosamax Products Liability Litigation : 1:06-md-1789 (JFK)
:
-------------------------------------------------x
*This Document Relates to:* : **NOTICE OF APPEARANCE**
Leanora Wilson :
v. Merck & Co., Inc. :
:
Case No: 1: 08-cv-03399-JFK :
-------------------------------------------------x

PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: May 8, 2008
      New York, New York         Respectfully submitted,


                                       By:      /s/
                                          David J. Heubeck

                                          Venable LLP
                                          Two Hopkins Plaza, Suite 1800
                                          Baltimore, Maryland 21201
                                          Tel:  (410) 244-7400
                                          Fax:  (410) 244-7742
                                          Email: djheubeck@venable.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                            /s/
                                  David J. Heubeck

                                Venable LLP
                                Two Hopkins Plaza, Suite 1800
                                Baltimore, Maryland 21201
                                Tel:  (410) 244-7400
                                Fax:  (410) 244-7742
                                Email: djheubeck@venable.com